# CHAPTER 7 BANKRUPTCY FEE AGREEMENT    19-82636

I, the undersigned hereby retain the Law Office of Timothy Brown, ("Attorney"), to provide legal representation in connection with my Chapter 7 Bankruptcy case.

### 1. Consideration
In consideration for representing the Client in the above-referenced matter, the Client has agreed to compensate Attorney in the amount of $1,500.00, which does not include any filing fees, cost for credit counseling, or other services not described in the Paragraph 2 of this agreement. Client understands that the Bankruptcy Court may require Client to pay a filing fee in the amount of $335.00. Client further understands that said filing fee is separate and apart from Attorney's legal fee.

### 2. Scope of Representation
Client agrees to and understands that the scope of legal services to be provided under this agreement shall be expressly limited to the following:

- a) Analysis of financial situation;
- b) Rendering legal advice as to whether to file for Bankruptcy;
- c) Advising as to whether commencing a case under Chapter 7, 11, or 13 is appropriate;
- d) Advising Client about the dischargeability of debts;
- e) Exemption planning;
- f) Preparing and filing a Chapter 7 petition including any applicable schedules, statements of financial affairs, statement of income, and means test calculation;
- g) Representation at the 341 meeting of creditors; and
- h) Responding to requests by the U.S. Trustee.

### 3. Payment
Attorney acknowledges receipt of the sum of $1,500.00 which constitutes partial payment for the services listed in paragraph #2 of this agreement.

### 4. Withdrawal or Discharge
Attorney reserves the right to withdraw from representation on the following grounds: Clients failure to pay the Attorney in accordance with this agreement, Client's failure to cooperate with Attorney's requests, when a conflict of interest arises, if the Client conducts himself or herself in a manner that is illegal, unethical, or unreasonable. If Attorney terminates representation, he shall give proper notice to Client in an effort to preserve Client's rights. If Client, at any time during the representation, decides to not proceed with the Bankruptcy action, Attorney shall be entitled to compensation for the fair value of his accrued services.

### 5. Client's Duty to Cooperate
Client must attend all meetings and hearings, and must reasonably cooperate with all of Attorney's requests. Client is responsible for providing Attorney with all necessary documents, records, and information necessary to prepare the Bankruptcy petition. Attorney agrees to keep Client reasonably informed about the status of his or her case.

_____    Date: 09-19-19
Narpinder Singh

_____    Date: 09-19-19
Jaswinder Kaur

_____    Date: 09-19-19
Attorney's Signature